UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PEPPARS,<br><br>　　　Plaintiff,<br><br>　v.<br><br>SPARC GROUP LLC, A DELAWARE LIMITED LIABILITY COMPANY, et al.,<br><br>　　　Defendants. | Case No. 25-cv-03618-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on July 29, 2025. Having considered the parties' proposal, *see* Dkt. No. 22, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Plaintiff's Deadline to File Motion for Class Certification and Disclose Experts | March 6, 2026 |
| Defendant's Deadline to File Opposition to Motion for Class Certification and Disclose Rebuttal Experts | June 4, 2026 |
| Plaintiff's Deadline to File Reply in Support of Motion for Class Certification | July 16, 2026 |
| Class Certification Hearing | October 1, 2026 at 2:00 p.m. |

//

//

//

//

//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause.  The parties are directed to review and comply with this Court's standing orders.  This order
3   terminates Dkt. No. 22.

**IT IS SO ORDERED.**

Dated:   8/7/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge