**BIBIYAN LAW GROUP, P.C.**
Molly A. DeSario (Cal. Bar No. 230763)
*mdesario@tomorrowlaw.com*
Henry G. Glitz (SBN 349815)
*henry@tomorrowlaw.com*
Calyn V. Hadlock (Cal. Bar No. 352401)
*calyn@tomorrowlaw.com*
1460 Westwood Blvd.
Los Angeles, CA 90024
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for Plaintiff JENNIFER PEPPARS,
an individual and on behalf of all others
similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PEPPARS, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPARC GROUP LLC, a Delaware limited liability company doing business as AEROPOSTALE; MICHELLE RONAN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 4:25-cv-03618-HSG<br><br>[*Assigned for all purposes to the Hon. Haywood S. Gilliam, Jr.*]<br><br>**ORDER CONTINUING DEADLINE FOR MOTION FOR CLASS CERTIFICATION AND RELATED DEADLINES**<br><br>State Action Filed:  March 13, 2025<br>Removal Date:  April 24, 2025<br>Trial Date:  None Set |

ORDER

## ORDER

Pursuant to the Joint Stipulation of Plaintiff Jennifer Peppars ("Plaintiff") and Defendant SPARC Group LLC ("Defendant"), the Court hereby continues all deadlines related to Plaintiff's Motion for Class Certification, and **SETS** the following updated deadlines:

| Event | Deadline |
|---|---|
| Plaintiff's Deadline to File Motion for Class Certification and Disclose Experts | Monday, April 6, 2026 |
| Defendant's Deadline to File Opposition to Motion for Class Certification and Disclose Rebuttal Experts | Monday, June 6, 2026 |
| Plaintiff's Deadline to File Reply in Support of Motion for Class Certification | Monday, August 17, 2026 |
| Class Certification Hearing | September 3, 2026 at 2:00 p.m. |

These dates may be altered by order of the Court and only upon showing of good cause. The parties are ordered to collaborate in good faith to facilitate Plaintiff's FRCP 30(b)(6) deposition.

**IT IS SO ORDERED.**

Dated:   3/6/2026

Honorable Haywood S. Gilliam, Jr.

UNITED STATES DISTRICT JUDGE

1

ORDER