**SEYFARTH SHAW LLP**
Jon D. Meer (SBN 144389)
*jmeer@seyfarth.com*
Michael Afar (SBN 298990)
*mafar@seyfarth.com*
Romtin Parvaresh (SBN 301554)
*rparvaresh@seyfarth.com*
Mackenzie Mullin (SBN 357678)
*mmullin@seyfarth.com*
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant,
SPARC GROUP LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PEPPARS, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPARC GROUP LLC, a Delaware limited liability company doing business as AEROPOSTALE; MICHELLE RONAN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 4:25-cv-03618-HSG<br><br>[*Assigned for all purposes to the Hon. Haywood S. Gilliam, Jr.*]<br><br>**ORDER CORRECTING OPPOSITION DEADLINE TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>State Action Filed:  March 13, 2025<br>Removal Date:  April 24, 2025<br>Trial Date:  None Set |

Law Offices of
BIBIYAN LAW GROUP
A Professional Corporation
1460 Westwood Blvd.
Los Angeles, California 90024
(310) 438-5555

ORDER CORRECTING OPP. DEADLINE TO PLAINTIFF'S MOTION FOR CLASS CERT.

**ORDER**

Pursuant to the Joint Stipulation of Plaintiff Jennifer Peppars ("Plaintiff") and Defendant SPARC Group LLC ("Defendant"), the Court hereby **EXTENDS** Defendant's deadline to file an Opposition to the Motion for Class Certification to **July 6, 2026**.

Below are the operative deadlines for Plaintiff's Motion for Class Certification:

| Event | Deadline |
|---|---|
| Plaintiff's Deadline to File Motion for Class Certification and Disclose Experts | Monday, April 6, 2026 |
| Defendant's Deadline to File Opposition to Motion for Class Certification and Disclose Rebuttal Experts | Monday, July 6, 2026 |
| Plaintiff's Deadline to File Reply in Support of Motion for Class Certification | Monday, August 17, 2026 |
| Class Certification Hearing | September 3, 2026 at 2:00 p.m. |

These dates may be altered by order of the Court and only upon showing of good cause. The parties are ordered to collaborate in good faith to facilitate Plaintiff's FRCP 30(b)(6) deposition.

**IT IS SO ORDERED.**

Dated:   3/10/2026

Honorable Haywood S. Gilliam, Jr.

UNITED STATES DISTRICT JUDGE

ORDER CORRECTING OPP. DEADLINE TO PLAINTIFF'S MOTION FOR CLASS CERT.