**BIBIYAN LAW GROUP, P.C.**
Bevin Pike (SBN 221936)
*bpike@tomorrowlaw.com*
Trisha Monesi (SBN 303512)
*tmonesi@tomorrowlaw.com*
1460 Westwood Boulevard,
Los Angeles, California 90024
Tel: (310) 438-5555; Fax: (310) 300-1705
1460 Westwood Boulevard
Los Angeles, California 90024
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for Plaintiff JENNIFER PEPPARS

(A*dditional counsel on following page*)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PEPPARS, an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SPARC GROUP LLC, a Delaware limited liability company doing business as AEROPOSTALE; MICHELLE RONAN, an individual; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 25-cv-03618-HSG<br><br>*[Assigned for all purposes to the Hon. Haywood S. Gilliam, Jr.]*<br><br>**JOINT STIPULATION TO WITHDRAW MOTION FOR CLASS CERTIFICATION AND DISMISS CLASS CLAIMS**<br><br>*Filed Concurrently With:*<br>DECLARATION OF BEVIN ALLEN PIKE; [PROPOSED] ORDER WITHDRAWING MOTION FOR CLASS CERTIFICATION AND DISMISSING CLASS CLAIMS<br><br>State Action Filed: March 13, 2025<br>Removal Date: April 24, 2025<br>Trial Date: None Set |

**SEYFARTH SHAW LLP**
Jon D. Meer (SBN 144389)
*jmeer@seyfarth.com*
Michael Afar (SBN 298990)
*mafar@seyfarth.com*
Romtin Parvaresh (SBN 301554)
*rparvaresh@seyfarth.com*
Mackenzie Mullin (SBN 357678)
*mmullin@seyfarth.com*
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant,
SPARC GROUP LLC

JOINT STIPULATION TO WITHDRAW MOTION FOR CLASS CERTIFICATION AND DISMISS CLASS CLAIMS

Plaintiff Jennifer Peppars ("Plaintiff") and Defendant SPARC Group LLC ("Defendant" and together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

**WHEREAS**, on April 6, 2026, Plaintiff filed a Motion for Class Certification ("Motion," ECF No. 43), which is currently set for hearing on September 3, 2026;

**WHERAS,** Defendant has not yet filed its opposition to Plaintiff's Motion;

**WHEREAS**, Plaintiff agrees to voluntarily withdraw the Motion and seeks to dismiss her class claims without prejudice;

**WHEREAS,** the Parties agree that neither they nor any absent class members will incur any prejudice owing to the requested dismissal and should any putative class member wish to pursue his or her claims against Defendant, he or she will remain free to do so subject to the applicable statutes of limitation;

**WHEREAS,** no consideration, direct or indirect, has been or will be given to Plaintiff or her counsel for the dismissal of the class claims. The Court need not order the parties to disseminate notice of dismissal because the typical reasons for notifying absent class members are not present here. Plaintiff's Motion has been withdrawn, no class has been certified, and counsel is unaware of any putative class members who have refrained from bringing a similar claim in reliance of the existence of this action.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their respective undersigned counsel, and for good cause, that upon entry of an Order by the Court approving this Stipulation:

    (1)    Plaintiff's Motion for Class Certification is withdrawn, and the September 3, 2026, hearing is taken off calendar; and

    (2)    The class claims are dismissed without prejudice.

**IT IS SO STIPULATED.**

///

///

///

JOINT STIPULATION TO WITHDRAW MOTION FOR CLASS CERTIFICATION AND DISMISS CLASS CLAIMS

Dated:, 2026                    **BIBIYAN LAW GROUP**


By:      /s/ Bevin Allen Pike
                BEVIN ALLEN PIKE

Attorneys for Plaintiff, JENNIFER PEPPARS, an
on behalf of herself and all others similarly
situated

Dated: June 26, 2026           **SEYFARTH SHAW LLP**


By:     /s/ Michael Afar
        JON D. MEER
        MICHAEL AFAR
        ROMTIN PARVARESH
        MACKENZIE MULLIN
        Attorneys for Defendant,
        SPARC GROUP LLC

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

*/s/ Bevin Allen Pike*
BEVIN ALLEN PIKE

JOINT STIPULATION TO WITHDRAW MOTION FOR CLASS CERTIFICATION AND DISMISS CLASS CLAIMS