**BIBIYAN LAW GROUP, P.C.**
Bevin Pike (SBN 221936)
*bpike@tomorrowlaw.com*
Trisha Monesi (SBN 303512)
*tmonesi@tomorrowlaw.com*
1460 Westwood Boulevard,
Los Angeles, California 90024
Tel: (310) 438-5555; Fax: (310) 300-1705
1460 Westwood Boulevard
Los Angeles, California 90024
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for Plaintiff JENNIFER PEPPARS

(A*dditional counsel on following page*)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PEPPARS, an individual and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SPARC GROUP LLC, a Delaware limited liability company doing business as AEROPOSTALE; MICHELLE RONAN, an individual; and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO. 25-cv-03618-HSG<br><br>*[Assigned for all purposes to the Hon. Haywood S. Gilliam, Jr.]*<br><br>**JOINT PROPOSED SCHEDULING ORDER**<br><br>State Action Filed: March 13, 2025<br>Removal Date: April 24, 2025<br>Trial Date: None Set |

**SEYFARTH SHAW LLP**
Jon D. Meer (SBN 144389)
*jmeer@seyfarth.com*
Michael Afar (SBN 298990)
*mafar@seyfarth.com*
Romtin Parvaresh (SBN 301554)
*rparvaresh@seyfarth.com*
Mackenzie Mullin (SBN 357678)
*mmullin@seyfarth.com*
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant,
SPARC GROUP LLC

JOINT PROPOSED SCHEDULING ORDER

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's Order on July 1, 2026, Plaintiff Jennifer Peppars ("Plaintiff") and Defendant SPARC Group LLC ("Defendant" and together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate to and propose the following case schedule:

| Date | Calendaring Info | Event |
|---|---|---|
| 12/18/2026 | | Fact Discovery cutoff |
| 11/1/2026 | | Expert disclosures |
| 11/30/2026 | 30 days after initial disclosures | Rebuttal expert disclosures |
| 12/30/2026 | | Expert discovery cutoff |
| 2/18/2027 | | L/D to hear dispositive motions |
| 4/6/2027 | 28 Days Before Pretrial Conference | Lead counsel to meet and confer regarding settlement, pretrial filings, and narrowing of issues (¶ 2) |
| | | Provide all other parties with proposed exhibits, charts, schedules, summaries, diagrams, and other similar documentary materials to be used case in chief at trial, as well as a list of those materials (¶ 3) |
| | | Provide all other parties (1) the names of all witnesses each party intends to call at trial, as well as a brief description of the subject matter of their testimony; and (2) a list containing citations to all evidence that a party might introduce at trial, other than that to be used solely for impeachment or rebuttal, that was obtained from deposition testimony, interrogatory responses, or responses to requests for admission (¶ 4) |
| 4/13/2027 | 21 Days Before Pretrial Conference | Meet and confer to determine whether any evidentiary issues may be resolved by stipulation (¶ 23) |
| | | File any motions in limine (¶¶ 23–24) |
| 4/20/2027 | 14 Days Before Pretrial Conference | File joint pretrial statement and proposed order (¶ 7) |
| | | File proposed jury instructions (jury trial only) (¶¶ 8–10) |
| | | File proposed voir dire questions (jury trial only) (¶¶ 11–13) |
| | | File proposed verdict forms (jury trial only) (¶ 14) |
| | | File proposed statement of the case (jury trial only) (¶ 15) |
| | | File trial briefs (optional) (¶ 16) |
| | | File oppositions/statements of non-opposition to motions in limine (¶ 25) |

| | | Email Word versions of the proposed joint pretrial statement and proposed order, proposed jury instructions, voir dire questions, verdict form(s), and statement of the case to HSGpo@cand.uscourts.gov. (¶ 5) |
|---|---|---|
| 4/20/2027 | 13 Days Before Pretrial Conference (by Noon) | Submit two binders to the Clerk's office containing the joint pretrial statement and proposed order, any proposed jury instructions, voir dire questions, verdict forms, statement of the case, and trial briefs, as well as all motions in limine, oppositions, and/or statements of non-opposition (¶ 6) |
| 5/10/2027 | 7 Days Before Trial | Submit a flash drive to the Clerk's office containing the exhibits identified in Section (h) of the parties' joint pretrial statement and proposed order (and not already excluded by the Court in limine) (¶ 21) |
| 5/14/2027 | 3 Days Before Trial | File form exhibit and witness lists (¶ 22) |
| 5/4/2027 | At least two weeks before trial, heard on Tuesdays | Pretrial Conference |
| 5/17/2027 | | Trial |

**IT IS SO STIPULATED.**

Dated: July 6, 2026                    **BIBIYAN LAW GROUP**


By:    _/s/ Bevin Allen Pike_
            BEVIN ALLEN PIKE

        Attorneys for Plaintiff, JENNIFER PEPPARS, an
        on behalf of herself and all others similarly
        situated

Dated: July 6, 2026                    **SEYFARTH SHAW LLP**


By:    _/s/ Michael Afar_
            JON D. MEER
            MICHAEL AFAR
            ROMTIN PARVARESH
            MACKENZIE MULLIN
            Attorneys for Defendant,
            SPARC GROUP LLC

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

*/s/ Bevin Allen Pike*
BEVIN ALLEN PIKE