United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNIFER PEPPARS,

        Plaintiff,

      v.

SPARC GROUP LLC, A DELAWARE
LIMITED LIABILITY COMPANY,

        Defendant.

Case No. 25-cv-03618-HSG

**SCHEDULING ORDER**

A case management conference was held on June 30, 2026. Having considered the parties' proposals, *see* Dkt. No. 50, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | December 18, 2026 |
| Exchange of Opening Expert Reports | November 1, 2026 |
| Exchange of Rebuttal Expert Reports | November 30, 2026 |
| Close of Expert Discovery | December 30, 2026 |
| Dispositive Motion Hearing Deadline | February 18, 2027, at 2:00 p.m. |
| Pretrial Conference | May 4, 2027, at 3:00 p.m. |
| Jury Trial (3 days) | May 17, 2027, at 8:30 a.m. |

//

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order **TERMINATES** Dkt. No. 50.

**IT IS SO ORDERED.**

Dated:   7/10/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2